UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        **ORDER**
                                    :
Cyron Lee                           :
                                    :        23-CR-591(LAK)
                                    :        _____
                                    :           Docket #
                                    :
------------------------------------x


Hon. Lewis A. Kaplan
_____, DISTRICT JUDGE:
        Judge's Name
        Federal Defender
The ~~U.S.A.~~ attorney assigned to this case

Amy Gallicchio
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   Telemachus P. Kasulis   , ~~NUNC PRO TUNC~~ _____.
                      _____
                           Attorney's Name

                                        SO ORDERED.

                                        _____
                                        **UNITED STATES DISTRICT JUDGE**
                                        Hon. Lewis A. Kaplan


Dated:   New York, New York
         1/31/2024