UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

UNITED STATES OF AMERICA

            – v. –

CYRON LEE and
RAWSON LEMONS,

                            Defendants.
------------------------------------------------------- X

23 Cr. 591 (LAK)

       The Court hereby authorizes the United States Marshals Service and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendants, Cyron Lee (BOP Reg # 84640-510) and Rawson Lemons (BOP Reg # 86963-510), from the Metropolitan Detention Center to appear at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, on March 28, 2024.

Dated: New York, New York
        March 28, 2024

SO ORDERED

3/28/24

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK