UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -against-                              23-cr-0591 (LAK)

CRYON LEE, er ano.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

        Counsel are advised that Assistant United States Attorney Jeffrey W. Coyle was law clerk to the undersigned some years ago.

        SO ORDERED.

Dated:      April 15, 2024

                                              /s/    Lewis A. Kaplan
                                              ——————————————————
                                                    Lewis A. Kaplan
                                                United States District Judge