**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-23-24

April 22, 2024

**BY ECF and Email**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Cyron Lee*, 23 Cr. 591 (LAK)

Dear Judge Kaplan:

The parties write respectfully regarding setting a schedule for the filing of *in limine* motions, requests to charge, proposed *voir dire*, and a final pre-trial conference in this matter. On April 12, 2024, the Court ordered that trial will begin on June 11, 2024. The parties jointly propose the following schedule:

- May 10, 2024: *in limine* motions
- May 17, 2024: responses to *in limine* motions, requests to charge, and proposed *voir dire*
- May 30, 2024: replies to *in limine* motions

Pretrial conference will be at noon, 5/30/24.

~~The parties respectfully request that the Court set a final pre-trial conference June 3, June 4, or June 5, 2024.~~

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ Jeffrey Coyle

Madison Reddick Smyser
Jeffrey W. Coyle
Ashley C. Nicolas
Assistant United States Attorneys
(212) 637-2381 / 2437 / 2467

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
4/23/24

Cc:   Telemachus Kasulis, Esq.
      Katri Stanley, Esq.