UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                 :

UNITED STATES OF AMERICA      :         S1 23 Cr. 591 (LAK)

                  -v.-             :

CYRON LEE,
                                       :
                 Defendant.  :
------------------------------------------------------- X

The Court hereby authorizes the United States Marshals Service and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Cyron Lee (BOP Reg # 84640-510), from the Metropolitan Detention Center to appear at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, on May 21, 2024.

Dated: New York, New York
       May 21, 2024

SO ORDERED

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK