```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- v. -                                                          23 Cr. 591 (LAK)

CYRON LEE,                                                  ORDER

                Defendant.

Upon the application of Telemachus P. Kasulis, attorney for Defendant Cyron Lee:

IT IS HEREBY ORDERED THAT, the defendant Cyron Lee, Inmate # 84640-510, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on June 11, 2024.   He is permitted to have up to three pairs of pants, one blazer, four pairs of socks, four shirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

Dated:  June 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge