5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          -against-                 :          **ORDER**
                                    :
                                    :
CYRON LEE (01)                      :          23-CR-591-01(LAK)
                                    :          _____
                                    :             Docket #
------------------------------------x


_Hon. Lewis A. Kaplan_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to this case

_Telemachus Kasulis_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  _Anthony Cecutti_____, ~~NUNC PRO TUNC~~ _____.

                         Attorney's Name


                                        SO ORDERED.

                                        [signature]
                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        Hon. Lewis A. Kaplan,


**Dated:   New York, New York**