**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 21, 2024

**BY ECF and Email**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6-24-24

Re:   *United States v. Cyron Lee*, S1 23 Cr. 591 (LAK)

Dear Judge Kaplan:

The Government writes respectfully to request that the transcript of the conference held via Microsoft Teams on June 18, 2024 be maintained under seal, as information discussed at the conference relates to an ongoing investigation being conducted by the United States Attorney's Office.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Madison Reddick Smyser
Jeffrey W. Coyle
Ashley C. Nicolas
Assistant United States Attorneys
(212) 637-2381 / 2437 / 2467

Cc:   Anthony Cecutti, Esq.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
6/24/24