LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/25

September 1, 2025

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Cyron Lee; 23 Cr. 591 (LAK)**

Dear Judge Kaplan:

I represent Cyron Lee in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on June 20, 2024, after replacing prior counsel.

On June 11, 2024, Mr. Lee pled guilty to the indictment, charging him with three narcotics offenses. He faces a 10-year mandatory minimum sentence. Sentencing is scheduled for September 4, 2025. I write, without objection from the Government, to respectfully request an adjournment of sentencing for approximately 45 days.

Late on August 28, 2025, I received the Government's sentencing letter, which is 27 pages and references 21 exhibits. Additional time is needed to review the letter and exhibits, do so with Mr. Lee, and prepare a supplemental sentencing submission in due course. However, I have several other work deadlines approaching, including an appellate brief due in the Third Circuit on September 11, 2025. I am also scheduled to start a trial before the Honorable John P. Cronan on September 22, 2025, in *United States v. Mario Powell*; 23 Cr. 229 (JPC).

Accordingly, I respectfully request that sentencing be adjourned until mid October, 2025, or another time convenient for the Court.

Thank you for your consideration.

Application granted. The 9/4/2025 sentencing hearing is adjourned to 10/14/2025 at 2:00 PM.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.

Dated:    9/3/2025